UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATIAS ROSARIO-RAMON,

                Plaintiff,

      -against-

JOHN DOE,

                Defendant.

19-CV-3045 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 10, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 10, 2019
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge